**No. 47887.**—Protest 957185–G of N. Y. Merchandise Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel the merchandise in question was held dutiable as follows: (1) Marcel irons at 40 percent under paragraph 339 as household utensils, following Abstract 38680; (2) brass base shells at 35 percent under paragraph 353 as articles having as an essential feature an electrical element or device, such as signs, following *New York Merchandise Co.* v. *United States* (8 Cust. Ct. 209, C. D. 607); and (3) dime banks as hollow ware at 40 percent under paragraph 339, following Abstract 42749.

**No. 47888.**—Protests 960729–G, etc., of Louis Marbe Cohn et al. (New York.)

Opinion by TILSON, J. In accordance with stipulation of counsel that the articles in question are not bleached, dyed, colored, or stained, and not blocked or trimmed, they were held dutiable at 25 percent ad valorem under paragraph 1504 (b) (1) as claimed. Abstract 47291 followed.

**No. 47889.**—Protest 982189–G of New York Mdse. Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *New York Merchandise Co.* v. *United States* (8 Cust. Ct. 209, C. D. 607) the brass base shells in question were held dutiable as parts of articles having as an essential feature an electrical element or device, such as signs, at 35 percent under paragraph 353 as claimed.

**No. 47890.**—Protests 805643–G, etc., of Milo Harding Co. (Los Angeles)

Opinion by KINCHELOE, J. Some testimony was introduced at the trial tending to show that the paper in question was surface-coated paper. In accordance with stipulation a sample was submitted to the United States chemist. This report showed that said sample is surface-coated paper. In accordance therewith the claim under paragraph 1405 was sustained.